# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON VICTOR BAUTISTA,<br><br>        Petitioner,<br><br>    v.<br><br>LARRY SMALL, Warden,<br><br>        Respondent. | Case No. SACV 08-1368-VBF (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 2/8/11

                                              VALERIE BAKER FAIRBANK
                                              UNITED STATES DISTRICT JUDGE